1044

[No. 46030-1-II.   Division Two.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-1-00029-6, Brian P. Altman, J., entered March 13, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson and Sutton, JJ.

[No. 46819-1-II.   Division Two.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LONZELL DEVAUGHN GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01950-7, Garold E. Johnson, J., entered September 26, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 46916-2-II.   Division Two.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. BINGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00875-8, Marilyn K. Haan, J., entered November 6, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 47002-1-II.   Division Two.   June 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN ANN CHRISTOPHER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00368-2, Kevin D. Hull, J., entered December 12, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Lee, J., concurred in by Johanson and Sutton, JJ.